**Kenneth A. FRIEDMAN,
Plaintiff—Appellant,**

**v.**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al., Defendants—Appellees.**

**No. 10–17812.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 4, 2012.

Kenneth A. Friedman, Indian Springs, NV, pro se.

Robert J. Gower, Deputy District, Las Vegas, NV, for Defendants–Appellees.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Kenneth A. Friedman, a Nevada state prisoner, appeals pro se from the district court's order denying his motion for reconsideration of the denial of his motion for partial summary judgment. We dismiss.

We lack jurisdiction over this appeal because the district court's order "[did] not dispose of all claims and [did] not end the litigation on the merits," and is thus not a final, appealable order. *Williamson v. UNUM Life Ins. Co. of Am.,* 160 F.3d 1247, 1250 (9th Cir.1998); *see also* 28 U.S.C. § 1291 (appellate jurisdiction over "final decisions").

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.